UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BUI THI BICH HONG; LE DANG ANH TUAN; TA THI KIM OANH; NGUYEN DUNG; NGUYEN NGOC KE; HOANG THU HOAI; HUONG THI VAN NGO; LIEN THI HUYNH LE; KHOI HONG LUONG; DO HUU MINH KHOA; LA LIEN THI KIM; PHAN HOANG TUAN; KHUONG ANH VAN; and TRUONG HOANG THANH TRUC, each a resident of the Socialist Republic of Vietnam and each individually and derivatively; | |
| *Plaintiffs*, | |
| v. | Case No.: 1:25-cv-01216-RDA-WBP |
| MISSISSIPPI DEVELOPMENT REGIONAL CENTER, LLC, a Virginia Limited Liability Company; GBR, LP, a Virginia Limited Partnership; RED LEAF DEVELOPMENT, LLC, a Virginia Limited Liability Company; AMERICAN INTERNATIONAL & IMMIGRATION LAW GROUP, PC, d/b/a ROBERT LUBIN & ASSOCIATES, PC, a Virginia Professional Corporation; ROBERT LUBIN, an individual; PAUL RUBY, an individual; and ATLANTIC UNION BANCSHARES CORPORATION, a Virginia Corporation as successor to WashingtonFirst Bancshares Corporation; | JURY TRIAL DEMANDED |
| *Defendants*. | |

## DEFENDANT PAUL RUBY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendant Paul Ruby ("Ruby") respectfully moves to dismiss Counts I-III, V-VII, and X of the Complaint, *see* ECF No. 1, which are the Counts asserted against him in Plaintiffs' Complaint.  These Counts should be dismissed against Ruby, and he should be dismissed this lawsuit.

The Complaint barely mentions Defendant Ruby, other than to allege he worked for Defendant Lubin's law firm, departing in 2019. The claims brought against Ruby rest on the same (weak) factual predicate as the claims against Defendant Lubin, his firm (AIIG) and the other related "Lubin Defendants."  There are no independent allegations against Ruby specifically, and no claims asserted only against him.

The Lubin Defendants have filed a Motion to Dismiss and accompanying Memorandum of Law, *see* ECF Nos. 28-29, asserting that Plaintiffs claims are, *inter alia*, barred by various statutes of limitations, waived, or otherwise fail to state a claim upon which relief may be granted.  The arguments for dismissal advanced in the Lubin Defendants' Motion and Memorandum are equally applicable to Ruby, and therefore Defendant Ruby, through this Motion, fully adopts and incorporates the arguments and bases for relief advanced in that Motion herein.

As briefly explained in the attached Memorandum, Defendant Ruby is entitled to the same relief that the Lubin Defendants seek, and he relies on the arguments and authorities they advance. Based on those arguments and authorities, Plaintiffs claims against Defendant Ruby should be dismissed.

*[signature on following page]*

Dated: September 18, 2025                    Respectfully submitted,


                                             ____/s/  Morgan R. Pankow_____
                                             Morgan R. Pankow (VSB No. 90964)
                                             HOLLAND & KNIGHT LLP
                                             1650 Tysons Boulevard, Suite 1700
                                             Tysons, Virginia  22102
                                             Tele: (703) 720-8600
                                             Fax: (703) 720-8610
                                             morgan.pankow@hklaw.com

                                             *Counsel for Defendant Paul Ruby*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this September 18, 2025.


                                             ____/s/  Morgan R. Pankow_____
                                             Morgan R. Pankow (VSB No. 90964)